UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL ALLEN GIBBS,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **GEORGIA CROWELL,** | **CASE NO: 16-1231-STA-jay** |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Clerk to Modify Respondent, Denying § 2254 Petition, Denying Certificate of Appealability, and Denying Leave To Appeal Informa Pauperis entered on June 27, 2019, the petition is hereby DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/27/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk